**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHAMNGA INTA; RICHARD S. INTA,<br><br>                             Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>                             Defendant. | Case No. 22-cv-0263-BAS-DDL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 17)** |

Pending before the Court is the parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1) to dismiss the above-captioned action with prejudice. (Joint Mot., ECF No. 17.) Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is

1  required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal.
2  Feb. 16, 2007).  A dismissal is without prejudice unless the parties stipulate otherwise.
3  Fed. R. Civ. P. 41(a)(1)(B).  However, the local civil rules of this district require that where,
4  as here, litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule
5  41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion.  *See* CivLR 7.2.
6  　　　Having considered the parties' submission, the Court **GRANTS** the Joint Motion.
7  (ECF No. 17.)  Thus, the Court **DISMISSES WITH PREJUDICE** the action against
8  Defendant.  The Clerk of Court is directed to close the case.
9  　　　**IT IS SO ORDERED.**

11  **DATED: February 3, 2023**

　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge